IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CANDICE RHODES,<br>    Plaintiff,<br><br>v.<br><br>SOUTHERN WASTE &<br>RECYCLING, INC.,<br><br>    Defendant. | :<br>:<br>:<br>: CIVIL ACTION NO.<br>: 1:11-CV-4470-SCJ<br>:<br>:<br>:<br>:<br>: |

## ORDER

This matter comes before the Court on the parties' Joint Motion to Approve Settlement Agreement and Stay Proceedings [Doc. No. 8]. After reviewing the record and the joint submission of the parties, the Court enters the following Order.

Having reviewed the Settlement Agreement and Mutual Release (the "Agreement") [Doc. 8-1] executed by the parties, the Court finds that the settlement is fair, adequate, and reasonable. The Court finds that the Agreement was negotiated at arm's length and is not the result of any collusion. The Court also approves the attorney's fees and costs in the amount stated in the Agreement and finds that the attorneys' fees and costs provided in the Agreement are reasonable.

Therefore, the Joint Motion to Approve Settlement and Stay Proceedings

AO 72A
(Rev.8/82)

[Doc. 8] is hereby **GRANTED**, the settlement of the parties is hereby **APPROVED** and the Settlement Agreement [Doc. 8-1] is hereby incorporated into this Order, and all proceedings in this case are hereby **STAYED** with the parties to either file a dismissal within seventy-five (75) days or notify the Court of any default prior to that date. The Clerk is directed to administratively close this case, subject to reopening for settlement enforcement actions pursuant to the terms of the Agreement. Fees and costs shall be paid by Defendant to Plaintiff's counsel as set forth in the Agreement, without prejudice to any claim for attorney's fees and costs incurred by Plaintiff's counsel in any future proceedings to enforce the obligations required by this Agreement in the event of default or other breach of the Agreement.

**IT IS SO ORDERED**, this 29th day of February, 2012.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)